# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Fikes v. U.S. | 15–CM–390 | 03/31/2017 | Affirmed | McKenna |
| Andre v. U.S. | 15–CM–1250 | 03/30/2017 | Affirmed | Winfield |
| Gierra v. U.S. | 15–CO–555 | 03/30/2017 | Affirmed in part; remanded in part | Rankin |
| Williams v. HSBC Bank | 15–CV–1316 | 03/30/2017 | Affirmed | Clark |
| Miller v. Phenious | 15–FM–759 | 03/28/2017 | Affirmed | Demeo |
| J.H., In re | 16–FS–479 | 03/28/2017 | Affirmed | Fentress, Magistrate Judge and Krauthamer, Reviewing Judge |
| Finney v. U.S. | 15–CM–1002 | 03/24/2017 | Affirmed | Saddler |
| Blythey v. U.S. | 15–CM–684 | 03/24/2017 | Affirmed | Lopez |
| Smith v. U.S. | 12–CM–1743 | 03/23/2017 | Affirmed | Demeo |
| Wardrick v. U.S. | 15–CO–1004 | 03/23/2017 | Affirmed | Epstein |
| Banks v. U.S. | 15–CF–679 | 03/22/2017 | Affirmed | Broderick |
| Chapman v. U.S. | 16–CO–8 | 03/22/2017 | Affirmed | Dixon, Jr. |
| Duma v. WMATA | 15–CV–1089 | 03/17/2017 | Affirmed | Nash |
| Talley v. Columbia Heights Ventures Parcel 26 | 15–CV–811 | 03/17/2017 | Affirmed in part; remanded in part | Motley |
| Holmes v. United States | 13–CF–1281 | 03/08/2017 | Affirmed | Beck |
| Jenkins v. United States | 15–CM–1175 | 03/08/2017 | Affirmed | Saddler |
| Hunt v. United States | 15–CM–326 | 03/08/2017 | Affirmed | Irving, Jr. |